KIRBY AISNER & CURLEY LLP
*Counsel for Fairbridge Credit LLC*
700 Post Road, Suite 237
Scarsdale, New York 10583
Tel: (914) 401-9500
Erica R. Aisner, Esq.
eaisner@kacllp.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
In re:

19 COOPER STREET LLC,

                          Debtor.
---------------------------------------------------------------X

Chapter 11
Case No: 23-44663 (ess)

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF DOCUMENTS

**PLEASE TAKE NOTICE THAT**, pursuant to Rules 9010 and 2002 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Kirby Aisner & Curley LLP, hereby appears as substitute counsel for Fairbridge Credit LLC ("Fairbridge"), a creditor and interested party in the above-captioned Chapter 11 case.  This substitution is made pursuant to the Stipulation of Substitution of Counsel, executed by Fairbridge, prior counsel and the undersigned, a copy of which is annexed hereto as **Exhibit A.**

The undersigned further requests pursuant to Bankruptcy Rules 2002, 3017 and 9007 that copies of any and all notices, pleadings, and orders given or required to be given in this Chapter 11 case and copies of all papers served or required to be served in this Chapter 11 case be given and served upon Fairbridge through its attorneys at the address, telephone and email address below:

KIRBY AISNER & CURLEY LLP
Attn: Erica R. Aisner, Esq.
700 Post Road, Suite 237
Scarsdale, New York 10528

eaisner@kacllp.com
Telephone: (914) 401-9500

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, complaint, or demand, motion, petition, pleading, or request, and answering or reply papers filed in this case, whether formal or informal, written or oral, and whether served, transmitted, or conveyed by mail, hand delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the above-captioned case and proceedings therein.

Dated:  Scarsdale, New York
        August 14, 2025

KIRBY AISNER & CURLEY LLP
*Counsel for Fairbridge Credit LLC*
700 Post Road, Suite 237
Scarsdale, New York 10583
eaisner@kacllp.com


By: */s/ Erica R. Aisner*
        Erica R. Aisner, Esq.