UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                                                    Chapter 11

19 COOPER STREET LLC,                                      Case No: 23-44663-ess

                                        Debtor.
-----------------------------------------------------------X

# STIPULATION OF SUBSTITUTION OF COUNSEL

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel that Kirby Aisner & Curley LLP, 700 Post Road, Suite 237, Scarsdale, New York 10583 will be and hereby is substituted for Sahn Ward Braff Coschignano PLLC, formerly Sahn Ward Braff Koblenz PLLC, 333 Earle Ovington Blvd, Ste. 601, Uniondale, New York 11553 as counsel for Fairbridge Credit LLC, in the above captioned Chapter 11 bankruptcy proceeding.

| | |
|---|---|
| Dated: August 14, 2025 | Dated: August 14, 2025 |
| SAHN WARD BRAFF COSCHIGNANO PLLC<br>333 Earle Ovington Blvd, Ste. 601<br>Uniondale, New York 11553<br>Tel: (212) 829-4375 | KIRBY AISNER & CURLEY LLP<br>700 Post Road, Suite 237<br>Scarsdale, New York 10583<br>Tel: (914) 401-9500 |
| By: _/s/ Joel M. Shafferman_<br>Joel M. Shafferman, Esq., Of Counsel | By: _/s/ Erica R. Aisner_<br>Erica R. Aisner, Esq. |

Consented and agreed:

Fairbridge Credit LLC

By:      _/s/ John Lettera_
         John Lettera, authorized signatory
         August 14, 2025