# EXHIBIT B

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:

                Chapter 11

19 COOPER STREET LLC,       Case No. 23-44663-ESS

       Debtor.
-----------------------------------------------------------X

**ORDER (I) CONDITIONALLY APPROVING THE FIRST AMENDED
DISCLOSURE STATEMENT (II) ESTABLISHING PROCEDURES, DEADLINES
AND APPROVING FORMS FOR SOLICITATION, VOTING, AND TABULATION
OF VOTES, AND (III) SCHEDULING A COMBINED HEARING TO CONSIDER FINAL
APPROVAL OF THE FIRST AMENDED DISCLOSURE STATEMENT AND
CONFIRMATION OF THE FIRST AMENDED CHAPTER 11 PLAN**

Upon the motion (the "Motion") of Fairbridge Credit LLC ("Fairbridge"), a secured creditor of the debtor and debtor-in-possession, 19 Cooper Street LLC (the "Debtor"), and plan proponent, dated _, for entry of an order (i) conditionally approving its First Amended Disclosure Statement (the "Disclosure Statement", ECF No. 91) in connection with Fairbridge's First Amended Chapter 11 Plan for the Debtor (the "Plan", ECF No. 90); (ii) establishing procedures and approving forms and deadlines for solicitation, voting and tabulation of votes (the "Solicitation Procedures"); and (iii) scheduling a combined hearing to consider final approval of the Disclosure Statement and confirmation of the Plan; and it appearing that a combined hearing is in the best interests of the Debtor's estate and its creditors; and after due deliberation;

**IT IS HEREBY ORDERED THAT:**

    1.  The Motion is GRANTED as set forth herein.

    2.  The Disclosure Statement is conditionally approved for solicitation purposes only on an interim basis and the following deadlines are approved:

| Event | Date/Deadline |
|---|---|
| Commencement of Solicitation | October 24, 2025 |
| Plan and Disclosure Statement Objection Deadline | November 18, 2025 |
| Voting Deadline | November 18, 2025 |
| Certification of Ballots Deadline | November 21, 2025 |
| Combined Confirmation Hearing | November 25th, 2025 at 10:30 a.m. |

3. In order to be counted as votes to accept or reject the Plan, all Ballots must be properly executed, completed and delivered, by either mail, overnight delivery, or personal delivery so they are actually received, or for electronic ballots, the deadline by which such electronic ballots must be submitted , is no later than **4:00 p.m. (*prevailing* Eastern Time), on November 18, 2025** (the "Voting Deadline"). All Ballots must be addressed to Counsel for Fairbridge Credit LLC, Kirby Aisner & Curley LLP, 700 Post Road, Suite 237, Scarsdale, New York 10583 (Attn: Erica Aisner, Esq.).

4. Upon completion of the balloting, the Voting Agent will certify (i) the amount and number of allowed Claims of the Voting Classes accepting or rejecting the Plan, and (ii) details regarding Ballots received but not counted by the Voting Agent because of defects or any other reason. Fairbridge shall file such certification with the Court no later than **4:00 p.m. (*prevailing* Eastern Time), on November 21, 2025** ("Certification of Ballots Deadline")

5. The combined hearing on the final approval of the Disclosure Statement and confirmation of the Plan is hereby scheduled for **November 25, 2025 at 10:30 a.m. (*prevailing* Eastern Time)** (the "Combined Confirmation Hearing"). The hearing on the final approval of the Disclosure Statement and confirmation of the Plan may be continued from time to time by the Court without further notice other than the announcement of the adjourned date(s).

6. The Combined Confirmation Hearing shall be held **IN-PERSON** before the Honorable Elizabeth S. Stong, United States Bankruptcy Judge, at the United States Bankruptcy

Court, Eastern District of New York (Brooklyn Division), 271-C Cadman Plaza East, Brooklyn, NY 11201, Courtroom 3583, on **November 25, 2025, at 10:30 a.m. (*prevailing* Eastern Time)**. Those intending to appear at the Hearing must register with eCourt Appearances no less than forty-eight (48) hours prior to the Hearing with eCourt Appearances: https://ecf.nyeb.uscourts.gov/cgi-bin/eCourtAppearances.pl. Instructions for registering with eCourt Appearances can be found at https://www.nyeb.uscourts.gov/registering-remote-hearing-appearance-using-ecourt-appearances. Those unable to access eCourt Appearances must email Judge Elizabeth S. Stong Courtroom Deputy at: ess_hearings@nyeb.uscourts.gov at least two (2) business days prior to the hearing. Your email must include your name, the case number(s), who you represent (if you are an attorney), hearing date, and phone number.

7. Objections to confirmation of the Plan on any grounds, including adequacy of the Disclosure Statement, if any, must: (i) be in writing; (ii) be filed with the Court and served on; (a) Counsel for Fairbridge Credit LLC, Kirby Aisner & Curley LLP, 700 Post Road, Suite 237, Scarsdale, New York 10583 (Attn: Erica Aisner, Esq.); (b) Counsel for the Debtor, 19 Cooper Street LLC, McKinley Onua & Associates, 233 Broadway, Suite 2348, New York, NY 10279, (Attn: Nnenna Okike Onua, Esq.) and (b) the Office of the United States Trustee, Alexander Hamilton Custom House, One Bowling Green, Room 510, New York, NY 10004-1408 (Attn: Shannon Scott) so that they are received no later than **4:00 p.m. (*prevailing* Eastern Time), on November 18, 2025** (the "Plan and Disclosure Statement Objection Deadline").

8. Fairbridge shall serve a copy of (i) this Order; (ii) Disclosure Statement and Plan and (iii) Ballot (to those entitled to vote) (collectively, the "Solicitation Package") on: (a) The Debtor and its counsel; (b) all parties filing a notice of appearance and request for service pursuant to Bankruptcy Rule 2002 in this Chapter 11 Case; (c) the Office of the U.S. Trustee;

(d) all taxing authorities; and (f) all creditors listed on the Debtor's schedules of assets and liabilities and statement of financial affairs or who have filed a proof of claim, no later than October 24, 2025.

9. Fairbridge and its counsel are authorized to make non-substantive and ministerial changes to any documents in the Solicitation Package without further approval of the Court prior to its dissemination, including, without limitation, changes to correct typographical and grammatical errors and to make conforming changes among any materials included in the Solicitation Package prior to their distribution.

10. Fairbridge and its counsel are authorized to take or refrain from taking any action necessary or appropriate to implement the terms of, and the relief granted in, this Order without seeking further order of the Court.

11. The Court shall retain jurisdiction as to all matters relating to the interpretation, implementation, and enforcement of this Order.

12. This Order is effective immediately upon entry.