# EXHIBIT C

KIRBY AISNER & CURLEY LLP
*Attorneys for Secured Creditor Fairbridge Credit LLC*
700 Post Road, Suite 237
Scarsdale, New York 10583
Tel: (914) 401-9500
Erica R. Aisner, Esq.
eaisner@kacllp.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re:

                                                  Chapter 11

19 COOPER STREET LLC,                     Case No. 23-44663-ESS

                           Debtor.
---------------------------------------------------------X

# BALLOT FOR CLASS __ ACCEPTING OR REJECTING
# FAIRBRIDGE CREDIT LLC'S FIRST AMENDED CHAPTER 11 PLAN

      Fairbridge Credit LLC ("Fairbridge"), a secured creditor of the debtor and debtor-in-possession, 19 Cooper Street LLC (the "Debtor") filed a First Amended Chapter 11 Plan (the "Plan", ECF No. 90) dated September 18, 2025. The Court has conditionally approved the First Amended Disclosure Statement (the "Disclosure Statement", ECF No. 91) with respect to the Plan. The Disclosure Statement provides information to assist you in deciding how to vote your Ballot. A copy of the Plan and Disclosure Statement is included with this Ballot but if you need to obtain an additional copy, please contact Kirby Aisner & Curley LLP, 700 Post Road, Suite 237, Scarsdale, NY 10583, Attn: Erica R. Aisner, Esq, Email: eaisner@kacllp.com, Phone: (914) 401-9500.

      Please note that Court's conditional approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

      **You should review the Plan and Disclosure Statement before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your Claim has been placed in Class __ under the Plan. If you hold claims in more than one class, you will receive a Ballot for each class in which you are entitled to vote.**

**If your Ballot is not received by Kirby Aisner & Curley LLP, 700 Post Road, Suite 237, Scarsdale, NY 10583, Attn: Erica R. Aisner on or before ___, 2025 at 5:00 p.m. (Eastern Standard Time), and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

## Acceptance or Rejection of the Plan

The undersigned, the holder of a CLASS __ Claim against the Debtor in the unpaid amount of _____ Dollars ($_____),

> *Check one box only:*
> ☐ *ACCEPTS the Plan*
> ☐ *REJECTS the Plan*

Dated: _____

Print or Type Name: _____

Signature: _____ Title: _____

Address: _____

_____

_____

---

Return this Ballot via email, first class mail, overnight mail or hand delivery so that it is actually received on or before ___, 2025 at 4:00 p.m. (Eastern Time) to:

KIRBY AISNER & CURLEY LLP
*Attorneys for Secured Creditor Fairbridge Credit LLC*
700 Post Road, Suite 237
Scarsdale, New York 10583
Tel: (914) 401-9500
Erica R. Aisner, Esq.
eaisner@kacllp.com